UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

ANGIODYNAMICS, INC.,

                        Plaintiff,

v.

BIOLITEC, INC.,

                        Defendant.

**CIVIL ACTION**
No. 3:12-cv-30207 (MAP)

---

## STIPULATION AND ORDER REGARDING ENFORCEMENT OF JUDGMENT IN THIS ACTION

AngioDynamics, Inc. ("AngioDynamics") and Biolitec, Inc. ("Biolitec") have agreed to the following judgment in the above-captioned case in favor of AngioDynamics (the "MA Domesticated Judgment"):

"Judgment for the Plaintiff in the sum of $23,156,287.00 plus post-judgment interest at the rate of 0.18% per annum from November 8, 2012, the date of the judgment in *AngioDynamics, Inc. v. Biolitec, Inc.*, 08-cv-0004 (N.D.N.Y.) upon which this Judgment is based, and without costs."

AngioDynamics agrees that it will not take any steps to enforce the MA Domesticated Judgment prior to January 21, 2013. This agreement shall not limit the ability of AngioDynamics to take steps to enforce any judgment entered against the defendant in any other jurisdiction outside of Massachusetts nor shall it preclude Biolitec, Inc. from seeking a Stay of Enforcement of the MA Domesticated Judgment from the District Court, that right being expressly reserved.

_/s/ William E. Reynolds_
William E. Reynolds
BBO # 629495
Bond, Schoeneck & King, PLLC
Attorneys for Plaintiff AngioDynamics Inc.

_/s/ Michael K. Callan_
Michael K. Callan
BBO # 558912
Doherty, Wallace, Pillsbury & Murphy, P.C.
Attorneys for Defendant Biolitec, Inc.

SO ORDERED:

_/s/ Michael A. Ponsor_
MICHAEL A. PONSOR
U.S. District Judge     12/26/12

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 21st day of December, 2012.

Dated:  December 21, 2012

Michael K. Callan